FILED
JUL 26 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP S. GRIGALANZ,
    Plaintiff

vs.                              Case No. 18-CV-1445-SMY-SCW

STATE OF INDIANA,
KRISTI L. GRIGALANZ, AND
JOHN C. WIMMERSBURG,
    Defendants

## COMPLAINT

**COMES NOW** Plaintiff, pro se, and alleges:

On or about July, 2015 Defendant Kristi L. Grigalanz filed a Petition for Dissolution of Marriage before Porter Superior Court #1 in Valparaiso, IN.

On or about a period beginning with the filing of the Petition for Dissolution of Marriage and ending on or about December 2, 2015 Defendant Kristi L. Grigalanz committed a series of fiduciary and identity theft crimes against Plaintiff. Defendant Grigalanz also harrassed Plaintiff by telephone by way of frequent calling (calls did not pertain to minor child) during this period of time.

On or about November 5, 2015 a status hearing was conducted and held before Porter Superior Court #1. Plaintiff established step-parent's rights for minor child known as "CLE", right to adopt same and verbal parenting time orders were placed on record. Defendant Grigalanz did not comply with these orders.

On or about December 2, 2015, Plaintiff was arrested by the Jerseyville Police Department and held in custody by the Jersey County Sheriff's Police (in the custody of Defendant John C. Wimmersburg).

While Plaintiff was in custody, Porter Superior Court #1 refused to recuse itself (it had overseen Plaintiff's parents' divorce over an 11-year term), allowed a firm which represented Plaintiff as Guardian ad Litem to represent Defendant Grigalanz and refused to allow Plaintiff access to hearings (though telephone and video court access were available to the Court).

In February, 2017 Defendant Grigalanz engaged in a series of telephone calls which were answered by Jersey County Sheriff's Deputy Benjamin Highfill (Badge #108) in which she attempted to gain obstruction of service of process regarding an appeal of the divorce case. After being informed on multiple occasions of the illegality of the request, Defendant Grigalanz engaged in a telephone conversation with Defendant Wimmersburg. Subsequent tot his conversation, Defendant Wimmersburg instructed correctional deputies to redirect all legal mail to himself. Defendant then effectively removed access to the Indiana Appellate Court and Indiana Supreme Court through delaying filings between six weeks and five months, despite an order of the

Jersey County Circuit Court effectively ordering him to cease and desist by ordering all mail directed to P.D. Schultz. This order was not complied.

Defendant, while able to provide alibi in the criminal case, instead used criminal charges against Plaintiff to her advantage in divorce and custody proceedings.

Defendant Grigalanz also obstructed service of process by returning all process to her addressed, necessitating service by Sheriff's Police.

The Indiana Supreme Court and Indiana Court of Appeals, in full knowledge wherof, issued adverse rulings against Plaintiff without due process and using timeliness as a basis for adverse action.

Statutes granting the Court authority and jurisdiction in this case are: 42 USC 1983, 42 USC 1985 (2) and 42 USC 1985 (3).

Plaintiff requests any or all of the following relief in this case:

1. Injunction restoring Plaintiff's rights to "CLE" to original state pending further hearing and/or requiring due process to occur.

2. Relief for deprivation of due process rights: $10 million

3. Relief for Obstruction of Justice: $5 million

4. Loss of companionship and society with "CLE": $10 million

5. Punitive and exemplary damages.

6. Criminal sanctions where appropriate.

## PARTIES

**Plaintiff**   Phillip Grigalanz
Y26 282
12078 IL SR 185
Hillsboro, IL   62052

**Minor Child**   Cierra L. Evans ("CLE")
3822 Worthington St.
Portage, IN   46368

**Defendants**   State of Indiana
Indiana Supreme Court
216 State House
Indianapolis, IN   46204

Kristi Grigalanz
N/K/A Kristi L. Evans

3822 Worthington St.
Portage, IN   46368

John C. Wimmersburg
114 N. Washington St.
Jerseyville, IL   62052

Respectfully submitted this 20th day of July, 2018.

*Phillip S. Grigalanz*
Phillip S. Grigalanz
Plaintiff

Phillip Grigalanz, 126282
12078 IL SR 185
Hillsboro, IL   62049

This Correspondence
Is From An Inmate
Of The IL Dept
Of Corrections



Clerk
United States District Court
750 E Missouri Ave.
E. St. Louis, IL   62201

Legal Mail

